ROWLAND v. HEGEMAN, executor, etc., appellant.

*Evidence — conversations with a party since deceased.*

In an action against an executor, the defendant, on the direct examination of a witness, sought to prove by him, from the admissions of the plaintiff, that a certain agreement existed between the plaintiff and the testator. The plaintiff, on cross-examination, asked the witness whether he had ever conversed with the testator concerning the terms of his agreement with the plaintiff, and whether the terms thereof as stated by the testator agreed with those which the witness had sworn were stated to him by the plaintiff. The witness answered in the affirmative. *Held,* that this, so far as it went, was additional evidence of the same facts which the defendant had already sought to prove; and therefore an exception to the evidence as being contrary to section 399 of the Code, was unavailable on appeal.

APPEAL from a judgment for plaintiff entered upon the report of a referee. The action was brought by Richard Rowland against Benjamin A. Hegeman as surviving executor of the will of Charles Kelsey, deceased, to recover for services rendered to testator as attorney and counselor at law.

*Horace M. Hastings,* for appellant.

*Convers & Lyman,* for respondent.

TALCOTT, J.

The appeal was chiefly on the ground that the decision of the referee was against the evidence. The head-note states all that is material in the opinion.

*Judgment affirmed.*